UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ERIC GRIFFIN, | ) | |
| Petitioner, | ) | 2:12-cv-00132-GMN-PAL |
| vs. | ) | |
| | ) | **ORDER** |
| RUSHING, *et al.*, | ) | |
| Respondents. | ) | |

This is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in which Petitioner, a state prisoner, is proceeding *pro se*. On April 6, 2012, the Court issued an order denying Petitioner's Motion to Proceed *In Forma Pauperis* and requiring him to pay the $5.00 filing fee. (ECF No. 3.) Petitioner has filed a Motion in which he requests that the Court order Respondents to release funds from his trust account for the purpose of paying the filing fee. (ECF No. 5.) The Court denies the Motion. Petitioner may seek to obtain funds for the filing fee through the proper channels at the institution where he is incarcerated. Should petitioner no longer possess the funds necessary to pay the filing fee in an account accessible to him, he may submit a new motion to proceed *in forma pauperis* that accurately reflects his current financial status.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for this Court to Order Respondents to Release Petitioner's Funds for the Filing Fee to this Court (ECF No. 5) is **DENIED.**

**IT IS FURTHER ORDERED** that the clerk shall send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions therefor. Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file an amended motion for leave to proceed *in forma pauperis*. Alternatively, petitioner shall have **thirty (30) days** from the date of entry of this order within which to have the full $5.00 filing fee sent to the clerk. Petitioner's failure to either submit a fully completed motion for leave to proceed *in forma pauperis* or the filing fee may result in the dismissal of this action.

1     **IT IS FURTHER ORDERED** that the clerk shall send petitioner two copies of this order. If petitioner chooses not to submit a new motion for leave to proceed *in forma pauperis,* then petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check in the amount of the full $5.00 filing fee within **thirty (30) days** from the date of entry of this order.

    **DATED** this 25th day of April, 2012.

                                                       Gloria M. Navarro
                                                      United States District Judge